LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
AFRICA E. DAVIDSON (State Bar No. 225680)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant FORD MOTOR COMPANY

ANDREW W. SHALABY (State Bar No. 206841)
7525 Leviston Avenue
El Cerrito, California 94530
Telephone:   (510) 528-8500
Facsimile:   (510) 528-2412

Attorneys for Plaintiff EAST BAY LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY LAW,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:13-CV-02822-JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO COMPLAINT BY DEFENDANT FORD MOTOR COMPANY** |

1  Plaintiff East Bay Law ("Plaintiff") and Defendant Ford Motor Company ("Defendant,"
2  or "Ford"), through their respective counsel, hereby stipulate as follows:
3  WHEREAS, Ford's response to Plaintiff's Complaint is due on July 23, 2013;
4  WHEREAS, the Plaintiff and Ford have agreed to extend the time for Ford to respond to
5  Plaintiff's Complaint;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED that Ford may file their responses
7  to the Complaint by August 22, 2013.

10  DATED:  July 23, 2013        LAFAYETTE & KUMAGAI LLP

11                                /s/  Gary T. Lafayette
12                                GARY T. LAFAYETTE
                                  Attorneys for Defendant
13                                FORD MOTOR COMPANY

15  DATED:  July 23, 2013        ANDREW W. SHALABY

16                                /s/  Andrew W. Shalaby
17                                ANDREW W. SHALABY
                                  Attorneys for Plaintiff
                                  EAST BAY LAW

21  Dated: 7/24/13



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on July 23, 2013, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Gary T. Lafayette*
GARY T. LAFAYETTE

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT
(Case No. 3:13-cv-02822-JCS)

3