IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EAST BAY LAW,

          Plaintiff,

    v.

FORD MOTOR COMPANY,

          Defendant.

NO. C13-2822 TEH

ORDER RE: DEFENDANT'S MOTION TO DISMISS

Defendant Ford Motor Company ("Ford") filed a motion to dismiss on August 29, 2013. After this case was reassigned to this Court, Ford purported to re-notice its motion on September 9, 2013. However, upon the Court's review, the re-noticed motion raises arguments not contained in the original motion. Accordingly, the Court now TERMINATES the original motion to dismiss and will consider only the motion filed on September 9, 2013. The briefing schedule shall follow Civil Local Rule 7-3; thus, the opposition is due on or before **September 23, 2013**, and the reply is due on or before **September 30, 2013**. Unless otherwise ordered, the hearing will be on **October 21, 2013, at 10:00 AM**.

**IT IS SO ORDERED.**

Dated: 09/10/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT