UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY LAW,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 13-cv-02822-TEH<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

On May 15, 2015, the United States Court of Appeals for the Ninth Circuit vacated the judgment in this case and remanded with instructions that the case be dismissed with prejudice for lack of jurisdiction. The mandate was issued on June 30, 2015, and filed in this Court on July 8, 2015. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that this case is now DISMISSED with prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: 07/09/15

                                                THELTON E. HENDERSON
                                                United States District Judge